ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE R. YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:25-cv-01889-AC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 5 to December 5, 2025. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defend requests this extension because undersigned counsel has five district briefs due between October 30 and November 5, and requires additional time.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before December 5, 2025;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before December 19, 2025).

Respectfully submitted,

DATE: October 23, 2025

/s/  *John David Metsker* *
JOHN DAVID METSKER
Attorney for Plaintiff
(* approved via email on 10/23/25)

ERIC GRANT
United States Attorney

DATE: October 23, 2025

By  s/ *Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: October 23, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2